JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GUADARRAMA, | NO. CV 20-11816-JWH (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| THE PEOPLE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed without prejudice.

DATED: March 23, 2021

_____
JOHN W. HOLCOMB
United States District Judge